UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 06-CR-20638

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

FELIPE CASTILLO CRUZ
    Defendant.
_____/

### ORDER GRANTING GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE

THIS MATTER is before the Court upon the Government's Motion for Reduction of Sentence (D.E. #41) filed on October 21, 2008. After careful review of the Motion, it is hereby,

ORDERED AND ADJUDGED that the Government's Motion is Granted. The Defendant's sentenced is reduced to thirty (30) months as to count each of counts one and two of the indictment, to run concurrently.

DONE AND ORDERED in chambers in Miami, Florida this 30 day of October, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record
    U.S. Marshal
    U.S. Bureau of Prisons
    U.S. Probation